## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| KOO Construction, Inc. | ) | ASBCA Nos. 61389, 61487 |
| | ) | |
| Under Contract No. N62473-09-D-1655 | ) | |

APPEARANCES FOR THE APPELLANT:      Herman M. Braude, Esq.
                                             Edward D. Manchester, Esq.
                                              Braude Law Group, P.C.
                                              Rockville, MD

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                              Navy Chief Trial Attorney
                                            Robyn L. Hamady, Esq.
                                                Trial Attorney

### OPINION BY ADMINISTRATIVE JUDGE MCNULTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $999,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: September 20, 2018

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61389, 61487, Appeals of KOO Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
